October 17, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00139-CV

NON-PARTY TEXAS ALCOHOLIC BEVERAGE COMMISSION, Appellant

V.

ASHLEY DOMINGUEZ, ORLANDO HAYWARD AND REYNA HAYWARD, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF NIGUEL HAYWARD, DECEASED, EDUARDO MORENO, KELLY RAY WREN, AND DRAGGIN TOOLS TRUCKING, LLC, Appellee

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 30, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Non-Party Texas Alcoholic Beverage Commission.

We further order this decision certified below for observance.

Judgment Rendered October 17, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.